Shoemaker & Dart, P.S., Inc.  
6706 24th Street W, Suite A  
Tacoma, WA 98466

Page: 1  
Ricki Grafstrom  
05/16/2019  
Account No:     1197-00M  
Statement No:          784

Chapter 13

Interim Statement

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 02/15/2019 | JFD | Draft and revise petition and related docs. | 350.00 | 2.10 | 735.00 |
| 02/19/2019 | JFD | Draft and revise doc amendments. telephone conference with client. | 350.00 | 0.20 | 70.00 |
| 02/26/2019 | KVS | Receipt of Carrington correspondence, forward to client | 350.00 | 0.10 | 35.00 |
| 02/28/2019 | JFD | Office conference with client to sign docs. | 350.00 | 1.00 | 350.00 |
| 03/05/2019 | JFD | Draft and revise schedule revisions/Plan. telephone conference with client. | 350.00 | 0.50 | 175.00 |
| 03/06/2019 | JFD | Telephone conference with client. telephone conference with oa Shillito. | 350.00 | 0.20 | 70.00 |
| 03/11/2019 | KVS | Receipt of 13 correspondence, review plan | 350.00 | 0.10 | 35.00 |
| 03/21/2019 | JFD | Communicate with trustee re production request. | 350.00 | 0.20 | 70.00 |
|  | JFD | Telephone conference with atty Hansen re specific performance complaint. | 350.00 | 0.10 | 35.00 |
|  | KVS | Attended meeting of creditors | 350.00 | 0.60 | 210.00 |
|  | KVS | (miscellaneous fee) travel | 175.00 | 0.40 | 70.00 |
| 04/16/2019 | KVS | Receipt of Trustee objection to confirmation | 350.00 | 0.10 | 35.00 |
|  | JFD | Review and analyze trustee obj to conf. telephone conference with client. prep amendments. | 350.00 | 0.50 | 175.00 |
| 04/17/2019 | JFD | Telephone conference with trusteere confirmation. | 350.00 | 0.10 | 35.00 |

Page: 2
05/16/2019
Account No: 1197-00M
Statement No: 784

Ricki Grafstrom

Chapter 13

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 04/23/2019 | KVS | Receipt of mortgage claim | 350.00 | 0.10 | 35.00 |
| 04/30/2019 | JFD | Communicate with client re RFS motion. review and analyze Spears poc. | 350.00 | 0.20 | 70.00 |
| | KVS | Review file and documentation provided by client, draft declaration | 350.00 | 1.00 | 350.00 |
| | KVS | Review caselaw regarding relief from stay motions brought by former spouses and property settlement issues in Chapter 13 | 350.00 | 2.00 | 700.00 |
| 05/01/2019 | KVS | Communicate with client via email re: documents | 350.00 | 0.10 | 35.00 |
| | KVS | Communicate with client via email re: draft declaration | 350.00 | 0.10 | 35.00 |
| | KVS | Draft and revise declaration, assemble declarations, email declaration to client | 350.00 | 1.00 | 350.00 |
| | JFD | Telephone conference with client. telephone conference with atty Helland. | 350.00 | 0.20 | 70.00 |
| | JFD | Review and analyze response and declaration re: RFSo motion. | 350.00 | 0.50 | 175.00 |
| | KVS | Communicate with client via email re: declaration attachment | 350.00 | 0.10 | 35.00 |
| 05/02/2019 | KVS | Letter to client re: claims | 350.00 | 0.10 | 35.00 |
| | JFD | Review and analyze Spears objection to confirmation. | 350.00 | 0.20 | 70.00 |
| 05/03/2019 | KVS | Draft and revise reply to Spears objection to confirmation | 350.00 | 0.70 | 245.00 |
| 05/06/2019 | JFD | Telephone conference with client re RFS reply. | 350.00 | 0.20 | 70.00 |
| 05/07/2019 | KVS | Draft and revise declaration re: refinance, review client documents, email declaration to client, phone call to client re: declaration | 350.00 | 1.00 | 350.00 |
| | KVS | Receipt of client email, call client via phone, revise declaration and email client, receipt of email from client with signed declaration | 350.00 | 0.40 | 140.00 |
| 05/08/2019 | JFD | Plan and prepare for motion RFS/Confirmatioin hearing | 350.00 | 1.00 | 350.00 |
| | JFD | Attended hearing on relief from stay/confirmatioin. | 350.00 | 1.50 | 525.00 |
| | JFD | Telephone conference with client re outcome of hearing. | 350.00 | 0.10 | 35.00 |
| 05/09/2019 | KVS | Draft and revise order denying motion for relief; email Kleinberg | 350.00 | 0.40 | 140.00 |
| | KVS | Receipt of Kleinberg email, reply | 350.00 | 0.10 | 35.00 |
| 05/14/2019 | KVS | Letter to client re: confirmation | 350.00 | 0.10 | 35.00 |

Page: 3
05/16/2019
Account No: 1197-00M
Statement No: 784

Ricki Grafstrom

Chapter 13

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 05/15/2019 | KVS | Draft and revise compensation pleadings | 350.00 | 0.50 | 175.00 |
| 05/16/2019 | JFD | Telephone conference with client. | 350.00 | 0.30 | 105.00 |
| | | For Current Services Rendered | | 18.10 | 6,265.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| James F. Dart | 9.10 | $350.00 | $3,185.00 |
| Kathleen V. Shoemaker | 0.40 | 175.00 | 70.00 |
| Kathleen V. Shoemaker | 8.60 | 350.00 | 3,010.00 |

### Expenses

| Date | Description | Amount |
|---|---|---|
| 02/12/2019 | Facsimile costs | 1.00 |
| 02/12/2019 | Photocopy charges | 7.50 |
| 02/19/2019 | Facsimile costs | 1.00 |
| 02/20/2019 | Postage | 0.50 |
| 02/20/2019 | Facsimile costs | 1.00 |
| 02/28/2019 | Photocopy charges | 3.75 |
| 03/07/2019 | Postage Packet | 2.50 |
| 03/07/2019 | Photocopy charges Packet | 16.00 |
| 03/07/2019 | Postage - certificate of service | 8.80 |
| 03/07/2019 | Photocopy charges - Certificate of Service | 16.80 |
| 03/21/2019 | Postage | 0.80 |
| 04/17/2019 | Photocopy charges | 1.25 |
| 04/29/2019 | Facsimile costs | 1.00 |
| 05/01/2019 | Photocopy charges - Pierce County LINX | 9.00 |
| 05/01/2019 | Photocopy charges - Pierce County auditor | 2.00 |
| 05/01/2019 | Photocopy charges - Pierce County auditor | 4.00 |
| 05/02/2019 | Postage | 0.50 |
| | Total Expenses | 77.40 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 02/26/2019 | Filing fee | 100.00 |
| 04/30/2019 | Online legal research. pacer. | 0.90 |
| | Total Advances | 100.90 |
| | Total Current Work | 6,443.30 |
| | Balance Due | $6,443.30 |