| Fill in this information to identify the case: |
|---|
| Debtor 1  Ricki Dee Grafstrom |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of WASHINGTON |
| Case number 19-40462-BDL |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** CARRINGTON MORTGAGE SERVICES, LLC    **Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7775

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|  | Description | Date Incurred |  | Amount |
|---|---|---|---|---|
| 1 | Late Charges |  | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees |  | (2) | $0.00 |
| 3 | Attorneys fees |  | (3) | $0.00 |
| 4 | Filing fee and court costs |  | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 04/17/2019 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees |  | (6) | $0.00 |
| 7 | Property inspection fees |  | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) |  | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) |  | (9) | $0.00 |
| 10 | Property preservation expenses |  | (10) | $0.00 |
| 11 | Other. Specify: |  | (11) | $0.00 |
| 12 | Other. Specify: |  | (12) | $0.00 |
| 13 | Other. Specify: |  | (13) | $0.00 |
| 14 | Other. Specify: |  | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Ricki Dee Grafstrom</u>     Case number *(if known)* <u>19-40462-BDL</u>
     Print Name   Middle Name   Last Name

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/ Erin Elam                        Date    09/17/2019
    Signature

Print      **Erin Elam**                            Title    <u>Bankruptcy Attorney</u>
          First Name     Middle Name   Last Name

Company    <u>RAS Crane, LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170</u>
          Number     Street

           <u>Duluth, GA 30097</u>
          City                             State    ZIP Code

Contact Phone    <u>470-321-7112</u>                        Email    <u>eelam@rascrane.com</u>

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  September 20, 2019                                                                    ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

James F Dart
Shoemaker & Dart, P.S., Inc.
Shoemaker & Dart PS Inc
6706 24th St W, Ste A
Tacoma, WA 98466

Ricki Dee Grafstrom
6356 School Street SW
Lakewood, WA 98499

Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

                                                RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Nickele Stone
      Nickele Stone
      nstone@rascrane.com